**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REESTABLISHMENT OF THE : NO.  509
MAGISTERIAL DISTRICTS WITHIN THE :
49th JUDICIAL DISTRICT OF THE : MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :

**ORDER**

**PER CURIAM**

**AND NOW**, this 23rd day of August 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 49th Judicial District (Centre County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Centre County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 49-1-01<br>Magisterial District Judge Donald M. Hahn | State College Borough (Voting Districts East 2, 3, and 4, East Central 2 & 3, South 2, South Central 1 & 2, Southeast, and West Central 2) |
| Magisterial District 49-2-01<br>Magisterial District Judge Casey M. McClain | College Township (Voting Districts North (41) & West (44))<br>Ferguson Township<br>Halfmoon Township<br>Patton Township |
| Magisterial District 49-3-02<br>Magisterial District Judge Kelley S. Gillette-Walker | Bellefonte Borough<br>Benner Township<br>Boggs Township<br>Curtin Township |

Howard Borough
Howard Township
Liberty Township
Marion Township
Milesburg Borough
Spring Township (voting districts North (78), West (80), East (86)
Union Township
Unionville Borough
Walker Township

Magisterial District 49-3-03
Magisterial District Judge Allen W. Sinclair

Burnside Township
Huston Township
Philipsburg Borough
Port Matilda Borough
Rush Township
Snow Shoe Borough
Snow Shoe Township
South Philipsburg Borough
Taylor Township
Worth Township

Magisterial District 49-3-04
Magisterial District Judge Gregory M. Koehle

Centre Hall Borough
Gregg Township
Haines Township
Harris Township
Miles Township
Millheim Borough
Penn Township
Potter Township
Spring Township (voting districts South (79) and Southwest (87)
College Township (voting districts (42) South and East (43))

Magisterial District 49-3-05
Magisterial District Judge Steven F. Lachman

State College Borough (Voting Districts East 1, East Central 1, North, Northeast, Northwest, South 1, West 1 & 2, and West Central 1)